IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

REGINAL WILKERSON, :
        Petitioner, :
    v. : Civil Action No. 04-298J
TRACY JOHNS, WARDEN, F.C.I. :
LORETTO, :
        Respondent :

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for a Report and Recommendation in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on June 30, 2006, docket no. 7, recommending that the petition be dismissed as moot.

Due to the lack of a current address for the petitioner, he has not been notified that, pursuant to 28 U.S.C.§ 636(b)(1), he has ten days to file written objections to the Report and Recommendation. The respondent was given notice of the Report and Recommendation and has not filed objections.

After de novo review of the record of this matter, the following order is entered:

AND NOW, this 24th day of July, 2006, it is

ORDERED that the petition is dismissed as moot. If petitioner contacts the Clerk, the Clerk shall provide petitioner with a copy of this order. The Report and Recommendation is adopted as the opinion of the Court. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to:

    Christy C. Wiegand, Esquire
    United States Attorney's Office, Suite 4000
    United States Post Office and Courthouse
    Pittsburgh, PA 15219